**STATE**

v.

**Donald PICARD.**

**No. 79–255–C.A.**

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts, II, Atty. Gen., Stephan Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, Alan P. Caplan, Boston, for defendant.

## ORDER

This case is assigned to the May, 1980 *show cause* calendar. The defendant is directed to appear and show cause why this appeal should not be dismissed for lack of prosecution.

**STATE**

·v.

**Anthony TASSONE.**

**No. 78–124–C.A.**

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Joel S. Chase, Spec. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, for defendant.

## ORDER

The state's motion to withdraw the tangible evidence in this case which was introduced by the Attorney-General at defendant's trial, as prayed, is granted.

**STATE**

v.

**James WHITMAN.**

**No. 80–67–C.A.**

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

James Whitman, pro se.

## ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, April 11, 1980 at 9:30 a. m. for oral argument.